**Virginia Martin, Minor, by Henry Martin, Her Father and Next Friend, Appellee, v. City of Chicago and Publix Furniture Company. City of Chicago, Appellant.**

Gen. No. 41,936.

Heard in first division, first district, this court at October term, 1941; opinion filed April 20, 1942. Barnet Hodes, Corporation Counsel, for appellant; James A. Velde, Samuel Allen and L. Louis Karton, Assistant Corporation Counsel, of counsel; Temple, Wimbish & McLendon, for appellee. Opinion by Justice O'Connor. "Not to be published in full."